**U.S. Department of Justice**       Rule 20 -- Transfer Notice

| To: | District | Date |
|---|---|---|
|  |  | July 24, 2024 |

| Name of Subject: | Statute Violated | File Data *(Initials and Number)* |
|---|---|---|
|  |  |  |

### Part A -- District of Arrest

☐ The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the changes pending against him in your court. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

☐ Enclosed is a certified copy of waiver of indictment by defendant. Kindly file criminal information and forward two certified copies thereof.

☐ Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceeding or certified copies thereof to the Clerk of the Court in this district in accordance with the Rule Docket No.

☐ Other *(Specify)*:

☐ The above-named defendant entered a plea of guilty under Rule 20.
    **Date of Plea**      **Date of Sentence**      **Sentence**

| From *(Signature and Title)* | Address |
|---|---|
| *Breon Peace*<br>BREON PEACE, UNITED STATES ATTORNEY |  |

### Part B -- District of Offense

☐ I am agreeable to Rule 20 disposition.

☐ I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at     on     at     o'clock

*(Kindly notify me of any anticipated delay)*

☐ Enclosed are two certified copies of indictment or information      Docket No.

☐ Please have defendant execute waiver of indictment.

☐ Other *(Specify)*:

| Signature *(Name and Title)* | District | Date |
|---|---|---|
| ALAMDAR HAMDANI, UNITED STATES ATTORNEY |  | 07.24.2024 |

See United States Attorneys Manual 9-14.000 for an explaination of procedures under Rules 7 & 20, Federal Rules of Criminal Procedure.
**Replaces OBD-101, Fed. 83 edition may be used**

FORM USA-231
NOV. 85

Case 4:23-cr-00335 Document 58-11 Filed on 07/23/24 in TXSD Page 1 of 2

USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

for the SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.

JAVIER ALEJANDRO AGUILAR MORALES

CRIMINAL NUMBER:

4:23-CR-00335 (GCH)

Consent to Transfer of Case for Plea
and Sentence
(Under Rule 20)

I, JAVIER ALEJANDRO AGUILAR MORALES, defendant, have been informed that an (indictment, ~~information, complaint~~) is pending against me in the above designated cause. I wish to plead GUILTY (COUNTS ONE AND THREE) to the offense charged, to consent to the disposition of the case in the EASTERN District of NEW YORK in which I, JAVIER ALEJANDRO AGUILAR MORALES, (am under arrest, ~~am held~~) and to waive trial in the above captioned District.

Dated: 07/23 20 24 at HOUSTON, TX

_____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendants)

_____
(Assistant United States Attorney)

Approved

*Breon Peace*
United States Attorney for the
EASTERN District of
NEW YORK

_____
United States Attorney for the
SOUTHERN District of
TEXAS